IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERONTA SKIPPER, ) | |
| AIS # 257518 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:08cv449-WKW |
| ) | (WO) |
| WARDEN J.C. GILES, *et al*., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

The Recommendation of the Magistrate Judge entered on July 22, 2008 (Doc. No. 7), erroneously indicated the date by which the parties may file any objections as on or before July 23, 2008. Accordingly, it is

ORDERED that the parties are GRANTED an extension from on or before July 23, 2008, to and including August 4, 2008, to file objections to the Recommendation of July 22, 2008.

Done this 23rd day of July, 2008.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE