IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERONTA SKIPPER, )<br>AIS # 257518 )<br>  )<br>  Petitioner, )<br>  )<br>v. )<br>  )<br>WARDEN J.C. GILES, *et al.*, )<br>  )<br>  Respondents. ) | CASE NO. 2:08-CV-449-WKW<br>(WO) |

## **ORDER**

On July 22, 2008, the Magistrate Judge filed a Recommendation (Doc. # 7) that the case be dismissed without prejudice to afford Petitioner the opportunity to exhaust all available state remedies. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation (Doc. # 7) of the Magistrate Judge is ADOPTED.

2. This cause of action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 12th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE